445 F.2d 858
 UNITED STATES of America, Plaintiff-Appellee,
v.
Clyde CHAVERS, Defendant-Appellant.
 No. 30998 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Aug. 11, 1971.
 
 John L. Scott, Jr., Amarillo, Tex. (court appointed), for defendant-appellant.
 Eldon B. Mahon, U.S. Atty., W. E. Smith, William L. Johnson, Jr., Asst. U.S. Attys., Fort Worth, Tex., for plaintiff-appellee.
 Appeal from the United States District Court for the Northern District of Texas; Halbert O. Woodward, District Judge.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966